ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| JSR ECC LLC | ) ASBCA No. 63763 |
| | ) |
| Under Contract No. FA8903-17-D-0019 | ) |
| T.O. FA3016-22-F-0123 | ) |

APPEARANCES FOR THE APPELLANT:     John C. Dulske, Esq.
Alyssa Isenberg, Esq.
Evan M. Janc, Esq.
  Steptoe & Johnson PLLC
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Maj Oladipo O. Odejide, USAF
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $17,500. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: August 19, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

ROBYN L. HAMADY
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63763, Appeal of JSR ECC LLC, rendered in conformance with the Board's Charter.

Dated: August 19, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals